IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| **DELVIN BERNARD SIMMONS,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 3:12-CV-1517-M-BK |
| | § | |
| **DALLAS POLICE DEPARTMENT,** | § | |
| **ET AL.,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **DISMISSES** with prejudice Defendant Dallas Police Department.

SO ORDERED this 3rd day of August, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS