IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DELVIN BERNARD SIMMONS, § § Plaintiff, § § v. § § OFFICER SCOTT MATTHEW § JAY, OFFICER JEREMY SMITH, § OFFICER JOSHUA BURNS, and § OFFICER JAMES STEPHENS, § § Defendants. § | Civil Action No. 3:12-CV-1517-M-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendants' *Joint Motion for Partial Summary Judgment*, Doc. 60, is **DENIED**.

SO ORDERED this 24 day of September, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS